# EUSTACE PREZIOSO YAPCHANYK & YANG

ATTORNEYS AT LAW

55 Water Street • 28th Floor
New York, NY 10041
TEL (212) 612-4200
FAX (212) 612-4284

Not a Partnership or Professional Corporation
Employees of ACE American Insurance Company, a Chubb Company

EDWARD M. EUSTACE
RICHARD C. PREZIOSO
CHRISTOPHER M. YAPCHANYK
LAUREN S. YANG

MAUREEN E. PEKNIC
ANTHONY J. TOMARI
ROBERT M. MAZZEI
ROBERT M. MICHELL
MILES A. LINEFSKY
HILLARY A. FRAENKEL

PETER T. MENSCHING
MICHELLE L. VIZZI
HEATHER MARTONE-SANTOS
MARY M. HOLUPKA
MARIEL T. CRIPPEN
KADION D. HENRY

OF COUNSEL
ALAN J. HARRIS
BHAVLEEN K. SABHARWAL

August 16, 2024

Honorable Cathy Seibel
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S Courthouse
500 Pearl Street
New York, New York 10007

**Telephonic pre-motion conference adjourned to 9/13/24 at 3:15 p.m.**

8/19/24

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

Re: ***Diallo v. Unlimited Care, Inc.***
Civil Action Case No. 24-cv-2771

Dear Judge Seibel,

The office of Eustace Prezioso Yapchanyk & Yang represents Defendant, Unlimited Care, Inc. in this matter.

A Pre-Motion Telephone Conference is currently scheduled for August 28, 2024. I write to respectfully request rescheduling of the telephone conference to another date convenient for the Court and Plaintiff as I am required to tend to a personal family matter on August 28, 2024. I am also currently out of the office until August 26, 2024.

Plaintiff is aware of and consents to this request.

We appreciate the Court's consideration of this request.

Respectfully submitted,
EUSTACE PREZIOSO YAPCHANYK & YANG

*Hillary Fraenkel*

Hillary A. Fraenkel

cc:  Fatoumata B Diallo